Case 1:12-cv-00466-WS-B   Document 2   Filed 07/23/12   Page 1 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| ORLANDO BROWN ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 12-466 |
| H&P CAPITAL, INC. ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  H&P Capital
1919 Blanding Boulevard Suite 14
Jacksonville FL 32210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon M. Walker
Walker McMullan, LLC
242 W. Valley Ave., Suite 312
Birmingham, AL 35209
Of Counsel Krohn & Moss, Ltd.
10474 Santa Monica Blvd.Suite 401 Los Angeles CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CHARLES R. DIARD, JR.**
*CLERK OF COURT*

Date:  July 23, 2012                           *Tina Wood*
                                               *Signature of Clerk or Deputy Clerk*

Aug.21.2012 11:05 PM DEBART SERVICES 9042159311 PAGE. 2/ 2
Case 1:12-cv-00466-WS-B Document 4 Filed 08/22/12 Page 2 of 2
Case 1:12-cv-00466-WS-B Document 2 Filed 07/23/12 Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-466

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* H&P CAPITAL
was received by me on *(date)* AUG 20, 2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* TIM HOFFMAN (COLLECTIONS Mgr) who is designated by law to accept service of process on behalf of *(name of organization)* H&P CAPITOL 1919 BLANDING BL, STE 14, JACKSONVILLE, FL on *(date)* AUG 21-2012; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8-21-12

*Server's signature*

DENNIS BARTILUCCI SPECIAL PROCESS SERVER
*Printed name and title*

95023 BLANDING BL STE 271
ORANGE PARK, FL 32065
*Server's address*

Additional information regarding attempted service, etc: