**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ORLANDO BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | |
| ) | **1:12-CV-00466-WS-B** |
| **H&P CAPITAL, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO WITHDRAW

COME NOW L. Jackson Young, Jr. and the law firm of Ferguson Frost & Dodson, LLP, attorneys for Defendant H & P Capital, Inc. ("H&P"), and move the Court for an order granting them leave to withdraw as counsel for H&P. This motion is based on the declaration of L. Jackson Young, Jr., set forth below.

WHEREFORE, PREMISES CONSIDERED, L. Jackson Young, Jr. and the law firm of Ferguson Frost & Dodson, LLP respectfully request that the Court enter an Order granting them a withdrawal as counsel for H&P.

DATED this 6th day of March 2013.

                                                                    Respectfully submitted,

                                                                    Ferguson Frost & Dodson, LLP

                                                                    /s/  L. Jackson Young, Jr.
                                                                    L. Jackson Young, Jr. (ASB-7946-G65L)
                                                                    *Counsel for Defendant H&P Capital, Inc.*

{W0348755.1 }

**OF COUNSEL:**
FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879.8722 (telephone)
(205) 879.8831 (telecopier)
ljy@ffdlaw.com (email)

## DECLARATION

I, L. Jackson Young, Jr., under penalty of perjury under the laws of the State of Alabama, declare and state as follows:

1. My name is L. Jackson Young, Jr. I am currently representing H & P Capital, Inc. in this matter.

2. An issue has arisen between the undersigned and H&P that adversely affects, both professionally and economically, the relationship between the undersigned and H&P.

3. Thus, due to the irreconcilable differences which have arisen between the undersigned and H&P, the undersigned will be unable to effectively and properly continue representing H&P herein and requiring the same would not be in the best interests of H&P.

4. Without waiver of and expressly reserving the attorney-client privilege, the undersigned communicated to H&P that he would file this motion by this date. As of the filing of this motion, the undersigned has received no response from H&P.

5. This motion has been served upon opposing parties via ECF as well as H&P via first-class U.S. mail.

EXECUTED at Birmingham, Alabama, on this 6th day of March, 2013.

{W0348755.1 }

/s/ L. Jackson Young, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following persons:

Michael Brandon Walker, Esq.
Walker McMullan, LLC
242 West Valley Avenue, Suite 312
Birmingham, Alabama 35209
brandonwalker014@gmail.com
*Counsel for Plaintiff*

Mr. Noel Pooler
H&P Capital, Inc.
Post Office Box 7911
Jacksonville, Florida 32238

/s/ L. Jackson Young, Jr.
Of Counsel

{W0348755.1 }